**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

————————

**No. 99-7048**

————————

ELIZABETH KNEWASSER,

                                Petitioner - Appellant,

    versus

WARDEN, Pocahontas Correctional Unit,

                                Respondent - Appellee.

————————

Appeal from the United States District Court for the Western District of Virginia, at Roanoke. Samuel G. Wilson, Chief District Judge. (CA-99-248-7)

————————

Submitted: November 23, 1999        Decided: April 13, 2000

————————

Before WILKINS, NIEMEYER, and TRAXLER, Circuit Judges.

————————

Dismissed by unpublished per curiam opinion.

————————

Elizabeth Knewasser, Appellant Pro Se. Steven Andrew Witmer, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellee.

————————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Elizabeth Knewasser seeks to appeal the district court's orders denying relief on her petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp. 1999) and denying reconsideration of that order. We have reviewed the record and the district court's opinion and orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. See Knewasser v. Warden, No. CA-99-248-7 (E.D. Va. July 13 and 23, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2